# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JOSEPH KELLY DINGLER | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1548-S-BT |
| | § | |
| ROCKWALL COUNTY SHERIFF | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 8. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED August 18, 2022.

**UNITED STATES DISTRICT JUDGE**